IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| MICHAEL KEITH LEE, #2241680 | § | |
| VS. | § | CIVIL ACTION NO. 2:19cv348 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner Michael Keith Lee, an inmate confined at the Powledge Unit within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to § 2254 challenging his conviction.  The petition was referred to United States Magistrate Judge Roy S. Payne for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On January 27, 2022, Judge Payne issued a Report, (Dkt. No. 34), recommending that Petitioner's motion for a preliminary injunction, (Dkt. No. 25), be denied. A copy of this Report was sent to Petitioner at his address, and Petitioner filed timely objections, (Dkt. No. 36).

The Court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations.  *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").  Upon such *de novo* review, the Court has determined that the Report of the United States Magistrate Judge is correct and Petitioner's objections are without merit.

1

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 34), is **ADOPTED** as the opinion of the Court.   Petitioner's objections, (Dkt.  No. 36), are **OVERRULED**.

It also is **ORDERED** that Petitioner's motion for a preliminary injunction, (Dkt. No. 25), is **DENIED**.

 **So ORDERED and SIGNED this 9th day of March, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE